UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br>    Tricia L. Hicks<br><br>        Debtor<br><br>Steven P. Marshall and Erica A. Marshall<br><br>        Plaintiff<br><br>v.<br><br>Tricia L. Hicks<br><br>        Debtor | Bk. #24-10563-KB<br>Chapter 13<br><br>Hearing Date: 05/21/2025<br>Hearing Time: 1:30 p.m.<br><br><br><br>Adv. Proc. 24-1023-KB |

## ASSENTED TO MOTION TO CONTINUE PRETRIAL CONFERENCE SCHEDULED FOR MAY 21, 2025

      NOW COME Steven P. Marshall and Erica A. Marshall (hereinafter "Marshall"), creditors of Debtor Tricia L. Hicks, (hereinafter "Debtor"), in this proceeding, by their attorneys, Victor W. Dahar, P.A., on an assented to basis, and move to continue the Pretrial Conference scheduled in this matter and state in support thereof as follows:

      1.      On or about November 27, 2024 the Adversary Proceeding was filed.

      2.      A Pretrial Conference is scheduled in this matter for May 21, 2025 at 1:30 p.m., Courtroom A.

      3.      Counsel for the Debtor has indicated that the Debtor intends to continue in her Chapter 13 case and would be filing an Amended Plan and address the Trustee's Motion to Dismiss by bringing the Chapter 13 Plan payments current.

1

4. The Debtor has to make a payment of $4,500.00 to the Trustee by May 19, 2025 and be current in her Chapter 13 Plan payments by June 19, 2025 and if she does not comply the Chapter 13 Trustee may file an Affidavit of Noncompliance with the Court.

5. The Debtor must file an Amended Plan and serve copies of the Plan to all creditors by no later than May 23, 2025, and confirmation of the Amended Chapter 13 Plan will be held on June 27, 2025 at 9:00 a.m.

6. Since the deadline for the Debtor to file an Amended Chapter 13 Plan is May 23, 2025 and to bring her Chapter 13 Plan payments current by June 19, 2025, the Plaintiffs are requesting that the Court continue the Pretrial Conference again, to a date and time after the confirmation hearing scheduled for June 27, 2025.

7. For these reasons, the Plaintiffs and Debtor agree that the Pretrial Conference should be continued for an additional forty-five (45) days so the Debtor can amend its Chapter 13 Plan and/or resolve the pending Motion to Dismiss which would determine whether this Adversary Proceeding will proceed.

8. Bryan W. Clickner, Counsel for the Debtor, assents to the relief requested.

9. Creditors Steven P. Marshall and Erica A. Marshall assent to the motion to continue.

WHEREFORE, Steven P. Marshall and Erica A. Marshall respectfully request that this Honorable Court:

1. Grant the Assented to Motion to Continue Pretrial Conference Scheduled for May 21, 2025;

2. Continue the Pretrial Conference for forty five (45) days;

3. Grant such other and further relief as is deemed just and equitable.

                                         Respectfully submitted,
                                         Steven P. Marshall and Erica A. Marshall
                                         Movants,
                                         By their Attorneys,

                                         **VICTOR W. DAHAR, P.A.**

Dated: May 7, 2025                       By: /s/ Eleanor Wm. Dahar
                                                  Eleanor Wm. Dahar, Esq.
                                                  20 Merrimack Street
                                                  Manchester, NH   03101
                                                  (603)   622-6595
                                                  BNH 01784